The People of the State of Illinois ex rel. Oscar Nelson, complainant, v. United State Bank of Crystal Lake et al., defendant. Robert Cowan and Hugh Cowan, appellants. Gen. No. 8,527.

Opinion filed January 19, 1934. Rehearing denied April 2, 1934.

M. A. Carmack and D. T. Smiley, for appellants. Wm. M. Carroll, for appellee.

Mr. Justice Huffman delivered the opinion of the court.

The Security National Bank of Downers Grove, appellant, v. Samuel Curtiss et al., appellees. Gen. No. 8,550.

Opinion filed January 19, 1934.

Charles L. Makemson, for appellant. Bunge & Bunge, for appellees.

Mr. Justice Huffman delivered the opinion of the court.

Emily Jane Carlson, executrix of the estate of C. E. Carlson, deceased, appellee, v. Harry Sodergren, appellant. Gen. No. 8,555.

Opinion filed January 19, 1934.

Frank E. Maynard, for appellant. Alexander J. Strom and Harold C. Sewell, for appellee.

Mr. Justice Huffman delivered the opinion of the court.

Walter Masche, by Otto W. Masche, his father and next friend, defendant in error, v. William H. Gitchell, trading as Gitchell Transfer Company, plaintiff in error. Gen. No. 8,702.

Opinion filed January 19, 1934.

Welsh & Welsh, for plaintiff in error. John H. Page and Stanley H. Guyer, for defendant in error.

Mr. Justice Huffman delivered the opinion of the court.